IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )       8:07CR13
                               )
       v.                      )
                               )
JOSE ADELMO JUAREZ-LIMA,       )       ORDER
                               )
              Defendant.       )
_____)
```

The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Friday, March 30, 2007, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties are in the process of finalizing a plea agreement. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 12, 2007, and March 30, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court